UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

NEURI TORRES RODRIGUEZ  CASE NO. 8:10-bk-10848-CPM
CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING MOTION TO TERMINATE
AUTOMATIC STAY IN FAVOR OF CREDITOR, US BANK, N.A.**
(Property Being Surrendered)

This case came on for consideration upon the Amended Motion to Terminate Automatic Stay filed by Movant, US BANK, N.A. on June 28, 2010, Docket No. 15. The Amended Motion has been served upon the parties of interest in accordance with Local Rule 2002-4 and no party of interest has filed an objection to the Amended Motion within the time permitted. Therefore, the Court deems the Amended Motion to be unopposed, it is

ORDERED as follows:

1. The Motion to Terminate Automatic Stay is hereby granted.

2. The Order Granting Relief from the Automatic Stay is hereby entered for the purpose of allowing Movant to pursue *in rem* relief against the property described as:

**\*\*\*LEGAL DESCRIPTION ATTACHED AS EXHIBIT "A"\*\*\***

**a/k/a 321 OAK ROSE LANE, APT. 209, TAMPA, FL 33612**

and permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. The fourteen (14) day stay of the Order Granting Relief From Stay pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that Movant can pursue its in rem relief without further delay.

4. That the mortgage indebtedness that shall run with the property shall be increased to include up to $375.00 for attorney`s fees and costs incurred.

DONE AND ORDERED at TAMPA, Florida, August 05, 2010 _____.

_____
CATHERINE PEEK MCEWEN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

KENIA PEREZ
309 VISTA DRIVE
TAMPA, FL 33615

NEURI TORRES RODRIGUEZ
PO BOX 15052
TAMPA, FL 33684

JORGE O. ACOSTA, ESQUIRE
LAW OFFICE OF JORGE O. ACOSTA, P.A.
5837 MEMORIAL HIGHWAY
TAMPA, FL 33615

STEPHEN L. MEININGER, TRUSTEE
707 NORTH FRANKLIN STREET
SUITE 850
TAMPA, FL 33602

TAMPA DIVISION
UNITED STATES TRUSTEE – TPA7
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602

# EXHIBIT "A"

UNIT NO. O-321-209, OF RENAISSANCE VILLAS, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM, AS RECORDED IN OFFICIAL RECORDS BOOK 15820 AT PAGE 1951, AS AMENDED BY AMENDMENT TO DECLARATION OF CONDOMINIUM, RECORDED JANUARY 17, 2006, IN OFFICIAL RECORDS BOOK 15997, AT PAGE 0921, AS
FURTHER AMENDED BY SECOND AMENDMENT TO DECLARATION OF CONDOMINIUM, RECORDED FEBRUARY 1, 2006, IN OFFICIAL RECORDS BOOK 16066, AT PAGE 0210, AND AS FURTHER AMENDED BY THIRD AMENDMENT TO THE DECLARATION OF CONDOMINIUM RECORDED FEBRUARY 14, 2006 IN OFFICIAL RECORDS BOOK 16110, AT PAGE 1340, ALL IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

F/K/A

UNIT NO. 0-334, OF RENAISSANCE VILLAS, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM, AS RECORDED IN OFFICIAL RECORDS BOOK 15820, AT PAGE 1951, AS AMENDED BY AMENDMENT TO DECLARATION OF CONDOMINIUM, RECORDED JANUARY 17, 2006, IN OFFICIAL RECORDS BOOK 15997, AT PAGE 0921, AS
FURTHER AMENDED BY SECOND AMENDMENT TO DECLARATION OF CONDOMINIUM, RECORDED FEBRUARY 1, 2006, IN OFFICIAL RECORDS BOOK 16066, AT PAGE 0210, AND AS FURTHER AMENDED BY THIRD AMENDMENT TO THE DECLARATION OF CONDOMINIUM RECORDED FEBRUARY 14, 2006 IN OFFICIAL RECORDS BOOK 16110, AT PAGE 1340, ALL IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

a/k/a 321 OAK ROSE LANE, APT. 209, TAMPA, FL 33612